UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MADELINE BERRIOS,

    Plaintiff,

v.                                                  Case No: 5:19-cv-208-Oc-30PRL

YALAHA BAKERY LLC, HEINZ
JUERGEN KLUMB and ANNE MARIE
KLUMB,

    Defendants.

## ORDER

THIS CAUSE comes before the Court on the Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (Doc. 13). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (Doc. 13) is GRANTED.
2. The Settlement Agreement is approved.
3. This action is DISMISSED WITH PREJUDICE.
4. All pending motions are denied as moot.
5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of August, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record